# United States Court of Appeals for the Fifth Circuit

---

No. 25-40034
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

November 4, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARIO ENRIQUE NEREY-VALDIVIA,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:24-CR-281-1

---

Before DENNIS, ENGELHARDT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

A jury convicted Mario Enrique Nerey-Valdivia of two counts of transporting undocumented individuals. He argues on appeal that the evidence was insufficient to show he knew the individuals were in his truck. "We review an unpreserved sufficiency challenge for plain error." *United States v. Reed*, 974 F.3d 560, 561 (5th Cir. 2020). There is no plain error

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40034

because, at trial, some of the hidden occupants testified that Nerey-Valdivia told them to cover up and remain quiet just before reaching the Falfurrias Border Patrol checkpoint in Texas. While there was conflicting testimony, that alone does not permit overturning a jury's verdict on this record. *United States v. Lugo-Lopez*, 833 F.3d 453, 457 (5th Cir. 2016). The jury could reasonably infer that he knowingly transported undocumented individuals.

AFFIRMED.